UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 25cr10363 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| CESAR PENA PIMENTAL, | ) | Count One: Assaulting, Resisting, |
| | ) | Opposing, Impeding, Intimidating, or |
| Defendant | ) | Interfering With a Federal Officer or |
| | ) | Employee |
| | ) | (18 U.S.C. § 111(a)(1)) |
| | ) | |

INDICTMENT

COUNT ONE
Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering
With a Federal Officer or Employee
(18 U.S.C. § 111(a)(1))

The Grand Jury charges:

On or about June 6, 2025, in the District of Massachusetts, the defendant,

CESAR PENA PIMENTAL,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated under

18 U.S.C. § 1114, that is, agents of the Department of Homeland Security and Diplomatic Security

Service, while said agents were engaged in and on account of the performance of official duties,

and where such acts involved contact with the agents.

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

FOREPERSON

ALEXANDRA W. AMRHEIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September ___9___, 2025
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK                    12:50pm